Certificate Number: 12459-VAE-CC-011017863



12459-VAE-CC-011017863

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 18, 2010, at 7:11 o'clock PM PDT, Lewis Chernick received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.


Date:  May 18, 2010                    By:    /s/Laura M Ahart

                                       Name:  Laura M Ahart

                                       Title: Credit Counselor


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).